**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

        **vs.**                      **Case No. 2:11-cr-251(2)
JUDGE ALGENON L. MARBLEY
MAGISTRATE JUDGE PRESTON DEAVERS**

**AMANDA EASLEY,**

        **Defendant.**

### ORDER

This matter came before the Court for a hearing regarding possible sanctions for a violation of a release condition pursuant to 18 U.S.C. § 3148. Having conferred with counsel and given the position of the parties as well as the United States Pretrial Services Officer, the Court hereby **AMENDS** the conditions of Defendant's release as follows:

• **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer.

• **Location Monitoring.** You will submit to Radio Frequency location monitoring and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.

All previously imposed conditions of Defendant's release, as set forth in the Court's November 15, 2011 remain in full force and effect.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Elizabeth A. Preston Deavers*
　　　　　　　　　　　　　　　　　　　　　　　**ELIZABETH A. PRESTON DEAVERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

**Date: July 9, 2012**