(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern District of Ohio

U.S.A. vs. **Amanda Easley**  Docket No. **2:11CR00251**

## Petition for Action on Conditions of Pretrial Release

COMES NOW **Julie Schram**, pretrial services/probation officer, presenting an official report upon the conduct of **Amanda Easley** **895 Columbus St, Chillicothe, OH 45601**, who was placed under pretrial release supervision by **The Honorable Elizabeth A. Preston Deavers**, sitting in the court at **Columbus, Ohio** on **November 10, 2011** under the following conditions:

1) Report to Pretrial Services; 2) Report to the Pretrial Services Officer any contact with any law enforcement personnel, including but not limited to any arrest, questioning or traffic stop; 3) Maintain or actively seek employment; 4) Avoid all contact, directly or indirectly, with confidential source; 5) Refrain from possessing a firearm, destructive device, or dangerous weapon; 6) Refrain from the unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner; 7) Submit to substance abuse testing; and 8) Participate in substance abuse treatment if advised by pretrial services; and 9) Resolve outstanding warrants; 9) Participate in a location monitoring program- Home Detention with RF monitoring (said condition added by Magistrate Deavers on July 9, 2012).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short, insert here. If lengthy, write on separate sheet and attach.)

**While pending voluntary surrender, the defendant submitted a urinalysis specimen (on October 25, 2012), which reflected the presence of Oxycodone. She admitted to taking her mother's medication (Percocet) on a few occasions earlier in the week.**

PRAYING THAT THE COURT WILL **rescind the defendant's voluntary surrender and immediately take her into custody so she can begin serving her sentence.**

ORDER OF COURT

[ ] No Action

[✓] The Court finds there is probable cause to believe the Defendant has violated the conditions of his/her release and orders the issuance of a warrant for his/her arrest.

[ ] Summons to Appear and Show Cause

[ ] Modification of the Bond and/or the Conditions of Release

Considered and ordered this **15** day **November**, 20**12** and ordered filed and made a part of the records in the above case.

_s/ (signature)_
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 29, 2012**

**s/Julie G. Schram**
U.S. Pretrial Services/Probation Officer

Place **Columbus, Ohio**