IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CR-2-11-251 |
| | : | JUDGE MARBLEY |
| v. | : | |
| JOSEPH L. REYNOLDS, | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on May 25, 2012, this Court entered a Preliminary Order of Forfeiture, ordering the above-named Defendant Joseph L. Reynolds to forfeit to the United States the Defendant's interest in the property subject to forfeiture as more particularly described therein pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c);

WHEREAS, for 30 consecutive days beginning June 14, 2012, the United States published notice of this forfeiture on the government's internet site www.forfeiture.gov, which provided potential claimants notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the initial publication date for a hearing to adjudicate the validity of their alleged legal interest in the property. There are no parties known to the United States who may have interest in the subject property;

WHEREAS, on August 10, 2012, this Court held Defendant Joseph L. Reynolds' sentencing hearing and verbally pronounced the forfeiture of the subject property and thereafter on September 11, 2012, issued its Judgment ordering Defendant Joseph L. Reynolds to forfeit to the United States the property described herein;

WHEREAS, no petitions asserting a legal interest in the forfeited property were filed and the time for the filing of such petitions has expired;

WHEREAS, the Court finds that Defendant Joseph L. Reynolds had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c) for violations of 18 U.S.C. §922(g)(1) and 18 U.S.C. §924(a)(2);

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

   **A Haskell Manufacturing (Hi-Point) JHP45 .45 caliber pistol, SN: X415362;**

   **An Astra, Model Police, .357 caliber revolver, SN: R380511;**

   **A Hopkins & Allen Arms, Model Forehand, 12 gauge shotgun, SN: 10280;**

   **A Remington, Model 870 Express Super Magnum, 12 gauge shotgun, SN: D269263A;**

A Meriden Firearms Co., Model Pocket Pistol, .38 caliber revolver, SN: 221150; and,

**All ammunition found within the listed firearms.**

2. That the designated agent for the Internal Revenue Service shall dispose of the property according to law.

3. That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

**ORDERED** this _14_ day of _November_, 2012.

HONORABLE ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT JUDGE

3