# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:11-CR-251(2) |
| v. | : | JUDGE MARBLEY |
| AMANDA B. EASLEY, | : | |
| Defendant. | : | |

## AGREED ORDER MODIFYING DEFENDANT'S SUPERVISED RELEASE

This matter is before the Court on consideration of Defendant's supervised release. On April 26, 2013, Defendant's initial appearance on revocation proceedings was held and defense counsel was appointed. (Docket entry no. 74). That same day, Defendant waived both the preliminary supervised release revocation hearing and detention hearing. (Docket entries nos. 76 and 77). Defendant was ordered detained under the custody of the United States Marshal pending final resolution of this matter.

Defendant commenced her term of supervised release on November 25, 2012. On January 8, 2013, the conditions of supervised release were modified by this Court to include Defendant shall participate in mental health counseling as directed by the probation officer. On March 29, 2013, the conditions of supervised release were modified again by this Court to include Defendant to be admitted to the Alvis House Residential Re-entry Center for a period of up to one-hundred twenty (120) days.

1

The request for the aforementioned modification were made by probation officer, Lyman Brown, based on Defendant's continued use of unlawful controlled substances. Despite the continuation of outpatient services for substance abuse and mental health treatment, Defendant continues to struggle with her addiction.

The Probation Officer has recommended that Defendant be admitted to the Alvis House Residential Re-entry Center for a period of up to one hundred-twenty (120) days. It should be noted that there is a bed available and Defendant is scheduled for admittance on May 16, 2013.

In order to avoid that Defendant loose her placement at the Alvis House, it is now agreed by the parties and Ordered by the Court that Defendant be released from custody on May 16, 2013 and placed at the Alvis House, were she will be afforded substance abuse and mental health services while in a controlled environment for term of one hundred-twenty (120) days.

**IT IS SO ORDERED.**
**s/Algenon L. Marbley**
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**